# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:21CR130-PPS/JEM |
| | ) | |
| TELYN JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Telyn James' agreement to enter a plea of guilty to Count 2 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 71.] Following a hearing on the record on April 12, 2024 [DE 78], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Telyn James' plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 78] in their entirety.

Defendant Telyn James is adjudged GUILTY of Count 2 of the indictment, Making a False Statement with Respect to Information Required by Law to be Kept in the Records of a Federally Licensed Firearms Dealer, in violation of 18 U.S.C. §924(a)(1)(A).

The sentencing hearing is set for August 6, 2024 at 11:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: April 29, 2024.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE